No. 98–9232. GHANI-FARAHI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9235. HAZEEM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–9240. LEONARD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–9241. LATHAM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9242. MIDDLETON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9252. GALICIA ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9253. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9255. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9258. YANG JIN SONG ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–9263. MCANULTY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9264. PRATT *v.* UNITED STATES PAROLE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 98–9266. SELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–9270. WARREN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9271. VEAL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–9274. YOUNG *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–9275. BROWN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.